# EXHIBIT A-1



*Instagram*

🔍 Search



**nakedwardrobe** ✓ • Follow
Miami, Florida

···

**nakedwardrobe** ✓ The Crop Top 👑 @jlo yesterday in our "Come Scoop U Up Crop"

52w

**shidawashere** 🔥🔥🔥
52w  Reply

**vivelaviepapillonrose** 😍😍😍 🌺🌺🌺
52w  Reply

**elenapylarinosmua** 🧡
52w  Reply

**ms.obiang** The boy and the girl in

♡  ○  ▽                          🔖

**2,537 likes**

FEBRUARY 16, 2019

Add a comment...                    Post

Instagram

Search

Get the app    Sign up  |  Log in




**nakedwardrobe**
Los Angeles, California

Follow

**nakedwardrobe** @OliviaCulpo keepin' it casual & on-the-go in @NakedWardrobe 🍃🍃 Pictured: The Cable Knit Crop #nakedwardrobe #oliviaculpo #casualstyle

View all 38 comments

**paulinastar** The camel 🐫 toe oh boy 😂

**simply_yaniri** @dianachantel 's vibes 😳

**sandraalicia76** I emailed over 48 hours but haven't received a response. I tried calling but the number isn't working. Can someone please contact me? #100373181

**sherma_foroutan** Stop! 🙈🙈

**mariloop11** Guess 🐫 toe is in 🙈🙈‍♀️

**nizzy_j** Love the sweater 😊

**gmurad426** @dinamuradd @sarahyacoub all I saw was a moose knuckle.

**brantymbutler** Love this outfit. @kayla___bills

 

**6,599 likes**

1 DAY AGO

Log in to like or comment.

• • •

Case 2:20-cv-01916-DDP-PLA   Document 1-1   Filed 02/27/20   Page 4 of 5   Page ID #:15

Instagram

Search

Log In     Sign Up




**nakedwardrobe** • Follow
LAX - Los Angeles International Airport

**nakedwardrobe** Airport FLO come thru..
@kendalljenner in our Cropped NW Leggings.
✈️ #kendalljenner #nakedwardrobe

**kalexandriaf** The discount code doesn't work

**shidawashere** @kendalljenner 😍😍😍😍😍

**gabb_cast** @michh_d

**safrono.va** 2/10

**allyyyyymae** sunglasses for ants @laur_rac
@kimciampa

**incredible_planet_ac** Not bad, not bad...

**1,632 likes**

MARCH 19

Log in to like or comment.

More posts from **nakedwardrobe**

Log In to Instagram
Log in to see photos and videos from friends and discover
other accounts you'll love.

Log In     Sign Up



ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS   PRIVACY   TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE

© 2018 INSTAGRAM

Instagram



Log In    Sign Up

🔍 Search

**nakedwardrobe** ✔ • Follow
New York, New York

**nakedwardrobe** Oh heyyy, Kenny!! 🔥 @kendalljenner turns up those NYC nights in our "NW Oh So Tight Shorts". They're so comfy that she wore them again the next morning... p.s. Get yours at NakedWardrobe.com before they're Gone! Xo #nakedwardrobe #kendalljenner #newyork

**ashw.love** Thee standard 🔥

**dopecosmetix** Dope Style!

**shidawashere** @kendalljenner 👏👏

**raines.xoxo** Love these looks!

**raines.xoxo** Definetly inspo💕💕

**andreazacarias.mua** Beautiful ❤ Please let me know your thoughts on my last pic ☁

**jabraeelzilan4529** 💕💕💕

**asallllly** Best shorts ever!

**xo_miichelle** Do you guys have discount

♡  💬

**4,373 likes**

1 DAY AGO

Log in to like or comment.    •••

Log In to Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log In    Sign Up

ABOUT    BLOG    PRESS    API    JOBS    PRIVACY    TERMS    DIRECTORY    PROFILES    HASHTAGS    LANGUAGE