# EXHIBIT A-2



Case 2:20-cv-01916-DDP-PLA   Document 1-2   Filed 02/27/20   Page 3 of 6   Page ID #:19
https://scontent-ort2-1.cdninstagram.com/vp/95667de0ccfdf2e4efd31122a046a252/5D40494B/t51.2885-15/e35/54266376_981928362012525_7573754856582608394_n.jpg at 2019-03-28 15:33:31







**Naked Wardrobe**
@NakedWardrobe

On Sunday's we get Naked! @KhloeKardashian stepped out yesterday in @NakedWardrobe's "Ruched For Good Dress" 💋 nakedwardrobe.com



**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

Naked Wardrobe
@NakedWardrobe — Follow

An Affordable Luxury Brand. Designed in Los Angeles. Quality + Fit over EVERYTHING. We ship worldwide! All inquiries: info@nakedwardrobe.com

Khloé ✓
@khloekardashian — Follow

**Trends**

#HuntersTV 😀
WATCH NOW on Prime Video
Promoted by Prime Video

1 · NBA · Trending