AO 121 (Rev. 06/16)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Corut<br>Central District of California<br>350 W. First Street<br>Los Angeles, CA  90012 |
|---|---|
| DOCKET NO.<br>2:20-cv-01916 | DATE FILED<br>February 27, 2020 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| BACKGRID USA, INC., a California corporation, | NAKED WARDROBE, a California corporation; and DOES 1-10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VA0002098438 | *EXCLUSIVE* Olivia Culpo shows off her fit frame as she stops by a Spa - set number BGUS_1097403 - 23 images. [Group registration of published photographs. 23 photographs. 2017-12-27 to 2017-12-27] | Vinicius Poersch |
| 2  VA0002107436 | *EXCLUSIVE* Kendall Jenner shares a laugh with her security ahead of a LAX flight - set number BGUS_1177486 - 16 images. [Group registration of published photographs. 16 photographs. 2018-03-17 to 2018-03-17] | Edwin Blanco |
| 3  VA0002107438 | *EXCLUSIVE* Kendall Jenner shows off her model figure stepping out for dinner at Cipriani - set number BGUS_1253371 - 23 images. [Group registration of published photographs. 23 photographs. 2018-06-05 to 2018-06-05] | Marvin Patterson |
| 4  VA0002139883 | *EXCLUSIVE* Jennifer Lopez puts shredded abs on full display while out shopping at luxury retailers with Loren Ridinger - set number BGUS_1488286 - 65 images. [Group registration of published photographs. 65 photographs. 2019-02-15 to 2019-02-15] | Victor Eras |
| 5  VA0002150102 | *EXCLUSIVE* Khloe Kardashian channels Diana Ross while out with mom Kris Jenner - set number BGUS_1529753 - 28 images. [Group registration of published photographs. 28 photographs. 2019-03-27 to 2019-03-27] | Clint Brewer |
| 6  VA0002182847 | *EXCLUSIVE* Khloe Kardashian shows off her curves while out for lunch in Beverly Hills - set number BGUS_1696376 - 19 images. [Group registration of published photographs. 19 photographs. 2019-08-25 to 2019-08-25] | Hayk Arsham |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy


American LegalNet, Inc.
www.FormsWorkFlow.com